UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CARLEEN DOHERTY,

                      Plaintiff,

                                                                         No. 07-CV-954

               v.                                                     (S.J. Scullin)

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

---

APPEARANCES:                          OF COUNSEL:

Peter M. Margolius, Esq.
Attorney for Plaintiff
7 Howard Street
Catskill, New York   12414


Michael J. Astrue
Commissioner of Social Security         Sandra M. Grossfeld
Attorney for Defendant
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York   10278


**FREDERICK J. SCULLIN: S.D.J.**


### DECISION AND ORDER


      The above-captioned matter having been presented to me by the Report-Recommendation

of Magistrate Judge Victor E. Bianchini filed May 12, 2009, and the Court having reviewed the

Report-Recommendation and the entire file in this matter, and no objections to said Report-

Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed May 12, 2009 is, for the reasons stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS**  that plaintiff's motion for judgment on the pleadings is **DENIED** and the defendant's motion for judgment on the pleadings is **GRANTED**, and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of the defendant and close this case.


**IT IS SO ORDERED.**

DATED: June 5, 2009
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge