# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Carleen Doherty**

        **Plaintiff,**          **CASE NUMBER:**

  **-v-**          **107cv954 FJS/VEB**

**Commissioner of SSA**.

        **Defendant(s).**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  the Report-Recommendation of Magistrate Judge Victor E. Bianchini  filed May 12, 2009 is,  **ACCEPTED** in its entirety; and the plaintiff's motion for judgment on the pleadings is **DENIED.**  The defendant's motion for judgment on the pleadings is **GRANTED**.

    All of the above pursuant to the order of the Senior Judge Frederick J. Scullin, Jr., dated the 5th  day of June, 2009.

DATED: June 5, 2009

*[signature]*
Clerk of Court

        s/
Marie N. Marra
Deputy Clerk